IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-60329-RKA

DEBORAH DAVIS,

    Plaintiff,

vs.

MCA PROMENADE OWNER LLC and
WOB COCONUT CREEK LLC,

    Defendants.

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, through undersigned, on behalf of the parties, hereby notifies the Court that the Parties have reached a full settlement or entered into a settlement agreement of all claims and issues.

Respectfully submitted,

Dated this June 9, 2020.

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
150 SE 2nd Ave., Ste. 805
Miami, Florida 33131
Phone: (561) 573-2106
GGoldstein@G2Legal.net

s/ S. Douglas Knox
S. Douglas Knox (FBN: 849871)
   *Attorney for WOB Coconut Creek LLC*
Spencer Fane LLP
201 N. Franklin St., Ste. 2150
Tampa, Florida 33602
Phone: (814) 424-3500
DKnox@SpencerFane.com

s/ Peter R. Siegel
Peter R. Siegal (FBN: 988634)
s/ Alejandro I. Leiva
Alejandro I. Leiva (FBN: 118309)
   *Attorneys for MCA Promenade Owner LLC*
Greenspoon Marder LLP
200 E. Broward Blvd., Ste. 1800
Ft. Lauderdale, FL 33301
Phone: (954) 491-1120

**CERTIFICATE OF SERVICE**

I HEREBY certify that on June 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served on this day on all counsel or record or pro se parties identified on the Service List below in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
*Attorney for Plaintiff*
