UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBORAH DAVIS,

      Plaintiff,                                      Case No. 0:20-CV-60329-RKA

v.

WOB COCONUT CREEK, LLC,
et al.,

      Defendants,
_____/

**NOTICE OF FILING**
**BANKRUPTCY COURT'S FIRST AMENDED PLAN OF REORGANIZATION, ORDER**
**APPROVING DISCLOSURE STATEMENT AND CONFIRMATION ORDER**

WOB Coconut Creek, LLC ("WOB"), by and through the undersigned counsel, hereby files the attached United States Bankruptcy Court for the Middle District of Florida's *Order (I) Approving Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization (Doc. 111) on a Final Basis; (II) Confirming the Debtors' First Amended Joint Chapter 11 Plan of Reorganization (Doc. 235) as Supplemented; (III) Granting Motion for Confirmation of Plan Pursuant to 11 U.S.C. §1129(B) (Doc. 265); and (IV) Setting Related Deadlines, Including Deadlines Concerning Assumed and Rejected Executory Contracts* [8:24-bk-04538-CPM, ECF No. 285] (the "Confirmation Order"). See Composite Exhibit "A" attached hereto. The Confirmation Order directs that Plaintiffs can no longer pursue

1

monetary damages, injunctive or equitable relief in any respect as against WOB or its associated debtor entities.

Dated: July 14, 2025					Respectfully submitted,

**SHUMAKER, LOOP & KENDRICK, LLP**

By: /s/ *Steven M. Berman*
**Steven M. Berman, Esq.**
Florida Bar No. 856290
sberman@shumaker.com
101 E. Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Phone (813) 229-7600; Fax (813) 229-1660
*Counsel for WOB*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2025, a true and correct copy of the foregoing was filed electronically through the Court's e-filing system, which caused a copy to be served on all those registered for service.

By: /s/ *Steven M. Berman*